UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK
_____

RUDOPH M. BRUCE, II, on behalf of himself and
his son, T.R.B.,

                      Plaintiff,

v.                                        5:14-CV-0941
                                        (GTS/DEP)

TOMPKINS CNTY. DEP'T OF SOC. SERVS., through
Kit Kephart, Cmm'r; JENNIFER M. DONLAN, ESQ.;
and PATRICIA A. CAREY, Comm'r, Tompkins Cnty.
Dep't of Soc. Servs.,

                      Defendants.
_____

APPEARANCES:

RUDOLPH M. BRUCE, II
  Plaintiff, *Pro Se*
631B Black Oak Road
Newfield, New York 14867

GLENN T. SUDDABY, United States District Judge

## DECISION and ORDER

      Currently before the Court, in this *pro se* civil rights action filed by Rudolph M. Bruce, II, on behalf of himself and his son T.R.B. ("Plaintiff") against the above-captioned county and two individuals ("Defendants") arising from a currently pending proceeding in Tompkins County Family Court, are (1) United States Magistrate Judge David E. Peebles' Report-Recommendation recommending that Plaintiff's Complaint be dismissed without leave to replead and without prejudice pursuant to the *Younger* doctrine, and (2) Plaintiff's two-page Objection, which fails to contain a specific challenge to the Report-Recommendation. (Dkt. Nos. 4, 5.) After carefully reviewing the relevant filings in this action, the Court can find no clear error in the Report-Recommendation: Magistrate Judge Peebles employed the correct legal

standards, accurately recited the facts, and reasonably applied the law to those facts. As a result, the Court accepts and adopts the Report-Recommendation for the reasons stated therein. (Dkt. No. 4.) The Court would add only that Magistrate Judge Peebles' thorough Report-Recommendation would survive even a *de novo* review.

**ACCORDINGLY**, it is

**ORDERED** that Magistrate Judge Peebles' Report-Recommendation (Dkt. No. 4) is **ACCEPTED** and **ADOPTED** in its entirety; and it is further

**ORDERED** that Plaintiff's Complaint (Dkt. No. 1) is **DISMISSED** without leave to replead and without prejudice.

The Court hereby certifies, for purposes of 28 U.S.C. § 1915(a)(3), that any appeal taken from the Court's final judgment in this action would not be taken in good faith.

Dated: January 7, 2015
       Syracuse, New York

Hon. Glenn T. Suddaby
U.S. District Judge